IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:07-CV-01358-JTM |
| | ) |
| LDF FOOD GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Linda Hamilton, and Defendant, LDF Food Group, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated this 8th day of July 2008.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Eric B. Metz, Esq. |
| Schwartz Zweben | Triplett, Woolf & Garretson, LLC |
| 600 Vestavia Parkway, Suite 251 | 2959 North Rock Road, Suite 300 |
| Birmingham, Alabama, 35216 | Wichita, Kansas 67226 |
| Telephone: (205) 822-2701 | Telephone: (316) 630-8100 |
| Facsimile: (205) 822-2702 | Facsimile: (316) 630-8101 |
| Email: ezwilling@szalaw.com | Email: ebmetz@twgfirm.com |

By: /s/ Edward I. Zwilling           By:   /s/ Eric B. Metz
    Edward I. Zwilling                        Eric B. Metz

Lawrence W. Williamson, Jr.
Williamson Law Firm, LLC
816 Ann Avenue
Kansas City, Kansas 66101
Telephone:     (913) 871-7060
Facsimile:     (913) 535-0736
Email:
l.williamson@williamsonfirm.com

By:   /s/ Lawrence W. Williamson, Jr.
        Lawrence W. Williamson, Jr.