IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:07-CV-01358-JTM |
| | ) |
| LDF FOOD GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

# **FINAL ORDER**

THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendant with prejudice.

2. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

ORDERED this 10th day of July, 2008.

s/ J. Thomas Marten
U.S. DISTRICT JUDGE